# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rowland, Mary M. | 2. Court or Organization<br><br>U. S. Dist Court, Nothern District of Illinois | 3. Date of Report<br><br>4/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn, Room 1332<br>Dirksen Federal Building<br>Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Mary M. Rowland Revocable Trust (unfunded) |
| 2. Member of Board of Directors | Federal Bar Association, Chicago Chapter |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Hughes Socol Piers Resnick & Dym, Ltd. Salary Savings Plan and Trust (former law firm), no control |
| 2. | (I always recuse myself from cases in which my former firm has an appearance on file). |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Writer, self employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | State Farm Visa | Credit Card | J |
| 3. | Citibank Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ANNUITY A: Northwestern Mutual Variable Annuity | | | | | | | | | |
| 2. Domestic Equity/MSA/Capital Guardian | A | Int./Div. | | | Sold | 08/22/14 | J | B | |
| 3. Focused Appreciation/MSA/Janus | A | Int./Div. | | | Sold | 08/22/14 | J | A | |
| 4. Fidelity VIP Mid Cap | A | Int./Div. | | | Sold | 08/22/14 | J | A | |
| 5. Small Cap Value/MSA/T Rowe Price | A | Int./Div. | | | Sold | 08/22/14 | J | A | |
| 6. Research Internationsl Cor/MSA/MFS | A | Int./Div. | | | Sold | 08/22/14 | J | A | |
| 7. International Equity/MWS/Franklin Tmpl | A | Int./Div. | J | T | | | | | |
| 8. Short Term Bond/MSA | A | Int./Div. | K | T | | | | | |
| 9. Multi Sector Bond/MSA/PIMCO | A | Int./Div. | | | Sold | 08/22/14 | K | B | |
| 10. Russell Global Real Estate Securities | A | Int./Div. | | | Sold | 08/22/14 | J | A | |
| 11. Index 500 Stock (MSA) | A | Int./Div. | K | T | Buy | 08/22/14 | K | | |
| 12. Mid Cap Value (MSA/Amer Century) | A | Int./Div. | K | T | Buy | 08/22/14 | K | | |
| 13. Index 600 (MSA) | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 14. Russell Core Bond | A | Int./Div. | K | T | Buy | 08/22/14 | K | | |
| 15. | | | | | | | | | |
| 16. Variable Life Insurance #1: Northwestern Mutual | | | | | | | | | |
| 17. Index 500 Stock/MSA | B | Int./Div. | | | Merged (with line 101) | 06/06/14 | L | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Variable Life Insurance #2:Northwestern Mutual | | | | | | | | | |
| 19. Index 500 Stock/MSA | A | Int./Div. | | | Closed | 03/24/14 | J | A | |
| 20. | | | | | | | | | |
| 21. Rollover IRA: American Funds | | | | | | | | | |
| 22. Capital World Growth & Income Fund | A | Int./Div. | | | Sold | 08/06/14 | K | D | |
| 23. American Balanced Fund-A | C | Int./Div. | | | Sold | 08/06/14 | L | D | |
| 24. Roth IRA*1: Capital World Fund & Income Fund | A | Dividend | | | Sold | 07/23/14 | J | A | |
| 25. Roth IRA #2: American Balanced Fund-A | A | Dividend | | | Sold | 08/22/14 | J | B | |
| 26. Illinois Bright Start 529 Plan | | | | | | | | | |
| 27. Oppenheimer Index Balance Portfolio Fund | B | Int./Div. | | | Sold | 08/26/14 | K | B | |
| 28. Oppenheimer Indexed Equity Portfolio | A | Int./Div. | | | Sold | 08/26/14 | K | B | |
| 29. Oppenheimber Fixed Income Portfolio | A | Int./Div. | | | Sold | 08/26/14 | J | A | |
| 30. Index Age Based 15-17 Portfolio | A | Int./Div. | K | T | Buy | 08/26/14 | K | | |
| 31. Index Age Based 10-11 Portfolio | A | Int./Div. | K | T | Buy | 08/26/14 | K | | |
| 32. | | | | | | | | | |
| 33. HSPRD 401K: | | | | | | | | | |
| 34. DFA Emerging Markets | A | Int./Div. | | | Sold | 08/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA One Year Fixed Income | A | Int./Div. | | | Sold | 08/20/14 | K | B | |
| 36. DFA International Value | A | Int./Div. | | | Sold | 08/20/14 | K | C | |
| 37. DFA Large Cap Value | A | Int./Div. | | | Sold | 08/20/14 | K | C | |
| 38. DFA Small Cap | A | Int./Div. | | | Sold | 08/20/14 | K | C | |
| 39. DFA International Small Cap | A | Int./Div. | | | Sold | 08/20/14 | J | B | |
| 40. PIMCO Total Return Instl | B | Int./Div. | | | Sold | 08/20/14 | K | B | |
| 41. American Funds-AMCAP R6 | A | Int./Div. | | | Sold | 08/20/14 | K | C | |
| 42. American Funds-EuroPacific Growth R6 | A | Int./Div. | | | Sold | 08/20/14 | K | C | |
| 43. Vanguard REIT Index Signal | A | Int./Div. | | | Sold | 08/20/14 | J | A | |
| 44. Vanguard 500 Index Signal | A | Int./Div. | | | Sold | 08/20/14 | K | C | |
| 45. Franklin Templeton Global | A | Int./Div. | | | Sold | 08/20/14 | K | C | |
| 46. Variable Annuity B: Northwestern Mutual | | | | | | | | | |
| 47. Domestic Equity/MSA/Delaware Management | A | Int./Div. | | | Sold | 08/22/14 | J | B | |
| 48. Focused Appreciation/MSA/Janus | A | Int./Div. | | | Sold | 08/22/14 | J | B | |
| 49. Fidelity VIP Midcap | A | Int./Div. | | | Sold | 08/22/14 | J | B | |
| 50. Small Cap Value/MSA/T Rowe Price | A | Int./Div. | | | Sold | 08/22/14 | J | A | |
| 51. Research International Core/MSA/MFS | A | Int./Div. | | | Sold | 08/22/14 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. International Equity/MSA/Franklin Tmpl | A | Int./Div. | J | T | | | | | |
| 53. Short Term Bond/MSA | A | Int./Div. | J | T | | | | | |
| 54. Multi Sector Bmod/MSA/PIMCO | A | Int./Div. | | | Sold | 08/22/14 | J | B | |
| 55. Russell Global REal Estate Securities | A | Int./Div. | | | Sold | 08/22/14 | J | A | |
| 56. Index 500 Stock (MSA) | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 57. Mid Cap Value (MSA/Am Century) | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 58. Index 600 Stock (MSA) | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 59. Russell Core Bond | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 60. | | | | | | | | | |
| 61. New York Life Annuity | C | Dividend | L | T | | | | | |
| 62. | | | | | | | | | |
| 63. QTI Human Resources 401(k) Plan | | | | | | | | | |
| 64. American Funds International EuroPacific | B | Int./Div. | | | Sold | 03/31/14 | K | C | |
| 65. American Funds Growth Fund of Amer R6 | B | Int./Div. | | | Sold | 08/18/14 | K | D | |
| 66. Dodge & Cox Balanced | B | Int./Div. | | | Sold | 08/18/14 | K | D | |
| 67. American Century Gov Bond | A | Int./Div. | | | Sold | 08/18/14 | K | C | |
| 68. Dodge & Cox International | A | Int./Div. | | | Buy | 03/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dodge & Cox International | A | Int./Div. | | | Sold | 08/18/14 | K | C | |
| 70. | | | | | | | | | |
| 71. Fidelity Money Market | A | Int./Div. | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. Northwestern Mutual Whole Life | A | Dividend | | | Closed | 03/26/14 | J | B | |
| 74. | | | | | | | | | |
| 75. Fidelity Roth IRA | | | | | | | | | |
| 76. Fidelity Cash Reserves | A | Int./Div. | | | Sold | 07/23/14 | J | A | |
| 77. Fidelity Four in One Index | A | Int./Div. | | | Sold | 08/22/14 | K | C | |
| 78. | | | | | | | | | |
| 79. Fidelity IRA | | | | | | | | | |
| 80. Spartan 500 Index Fd Investor Class | A | Int./Div. | | | Sold | 08/22/14 | J | B | |
| 81. Fidelity Cash Reserves | A | Int./Div. | | | Sold | 07/28/14 | J | A | |
| 82. | | | | | | | | | |
| 83. Roth IRA #1 DFA US LC Value | A | Dividend | J | T | Buy | 08/25/14 | J | | |
| 84. | | | | | | | | | |
| 85. Rollover IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA Emerging Mkts | A | Dividend | K | T | Buy | 08/28/14 | K | | |
| 87. iShare Core S&P SC ETF | A | Dividend | K | T | Buy | 08/22/14 | K | | |
| 88. iShare R1000 ETF | A | Dividend | L | T | Buy | 08/22/14 | L | | |
| 89. iShare Morningstar SC Value ETF | A | Dividend | K | T | Buy | 08/28/14 | K | | |
| 90. Oppenheimer Int'l Growth | A | Dividend | L | T | Buy | 08/28/14 | L | | |
| 91. Pimco Total Return | B | Int./Div. | L | T | Buy | 08/28/14 | L | | |
| 92. Vanguard ST Inv Grade Bond Fund | A | Int./Div. | K | T | Buy | 09/24/14 | K | | |
| 93. | | | | | | | | | |
| 94. Roth IRA #2 DFA US LC Value | A | Dividend | K | T | Buy | 08/25/14 | K | | |
| 95. | | | | | | | | | |
| 96. Rollover IRA #2 | | | | | | | | | |
| 97. DFA US LC Value | B | Int./Div. | L | T | Buy | 08/22/14 | L | | |
| 98. Pimco Total Return | B | Int./Div. | K | T | Buy | 08/25/14 | K | | |
| 99. SEP IRA Pimco Total Return | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 100. | | | | | | | | | |
| 101. AmeritasVariable Annuity | | | | | | | | | |
| 102. DFA VA Int'l Small | A | Int./Div. | J | T | Buy | 06/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  DFA VA ST Fixed | A | Interest | K | T | Buy | 06/06/14 | K | | |
| 104.  DFA VA US Targeted Value | A | Int./Div. | J | T | Buy | 06/06/14 | J | | |
| 105.  Pimco Total Return | A | Int./Div. | K | T | Buy | 06/06/14 | K | | |
| 106.  Vanguard VIF Diversified Value | A | Int./Div. | J | T | Buy | 06/06/14 | J | | |
| 107.  Vanguard VIF Equity Inc | A | Int./Div. | J | T | Buy | 06/06/14 | J | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rowland, Mary M. | 4/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Mary M. Rowland Revocable Trust, indicated ni Part I, is unfunded and contains no assets.

Part VII old employer 401(k) plans were rolled over into rollover IRAs. No gain/loss tracking done in these plans. American Funds Roth IRA and Traditional IRA accounts were consolidated. No gain/loss tracking was done in these accounts. There is no gain/loss tracking in the IL Bright Start 529 plan. There is also no gain/loss tracking in the variable annuity contracts. Estimated gain codes were entered based on the holdings price at the time of sale/liquidation.

Part VII cash value of NW Variable Life Ins #1 used in 1035 exchange to purchase term insurance.

Part VII cash value of NW Variable Life Ins #2 and NW Whole Life policy used in 1035 exchange to purchase term insurance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. Rowland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544